# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: EX PARTE APPLICATION OF | : | |
| IRAQ TELECOM LIMITED FOR AN | : | MISCELLANEOUS |
| EXPEDITED ORDER TO TAKE | : | |
| DISCOVERY PURSUANT TO | : | NO. 19-175 |
| 28 U.S.C. § 1782 | : | |
| | : | |

## ORDER

**AND NOW**, this 2nd day of August, 2024, it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to convert miscellaneous case number 19-mc-175 into a civil action.

2. The civil action shall be opened with this Order filed as docket entry 1. Docket entry number 115 from the docket of the miscellaneous action 19-mc-175 shall be transferred to the docket of the civil action and filed as docket entry number 2.

3. The parties may re-file in the civil action any subsequent filings in the miscellaneous action that are relevant to the civil action.

4. The clerk is **DIRECTED** to directly assign the civil action to my docket.

5. Iraq Telecom Limited is directed to pay the filing fee in the civil action in the amount of $402.00.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**