## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRAQ TELECOM LIMITED | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 24-3728 |
| SIRWIN SABER MUSTAFA, | : | |
| KOREK TELECOM COMPANY LLC, and | : | |
| KOREK INTERNATIONAL (MANAGEMENT) | : | |
| LIMITED | : | |

# **ORDER**

**AND NOW**, this 22nd day of August, 2024, upon consideration of Iraq Telecom Limited's ("Iraq Telecom") Motion to Confirm Foreign Arbitration Award (ECF No. 2) and all documents submitted in support thereof, it is **ORDERED** that the Motion is **GRANTED**, and the Final Award issued in favor of Iraq Telecom Limited and against Korek Telecom Company LLC, Korek International (Management) Ltd., and Sirwan Saber Mustafa in ICC Arbitration No. 25194/AYZ/ELU (19-mc-175, ECF No. 115-3) is **CONFIRMED**.

**IT IS FURTHER ORDERED** that:

1. Within fourteen (14) days of the date of this Order, Iraq Telecom shall file an updated Proposed Final Judgment as of the date of this Order.

2. The Clerk of Court is directed to amend the caption of this matter to conform to the caption set forth above.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**
